■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMY COCHRAN, Appellant, v RICHARD A. SAVAGE, Superintendent, Gowanda Correctional Facility, Respondent. [859 NYS2d 881]—

Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Shirley Troutman, A.J.), entered May 16, 2007 in a habeas corpus proceeding. The judgment, insofar as appealed from, denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith*, 52 AD2d 1090 [1976]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.